IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:11-cv-239

| | |
|---|---|
| NLAYER COMMUNICATIONS, INC., )<br>)<br>    Plaintiff, )<br>)<br>vs. )<br>)<br>NETRIPLEX, LLC, )<br>)<br>    Defendant. )<br>_____ ) | ORDER |

**THIS MATTER** has come before the undersigned based upon a review of this file. It appears in the Amended Pretrial Order and Case Management Plan (#17) that mediation was to have occurred in the above entitled matter on or before September 15, 2012. An examination of the file does not show that mediation has occurred nor has a report been filed by the mediator concerning the result of the mediation.

## ORDER

**IT IS, THEREFORE, ORDERED** that the parties in this matter and the mediator selected by the parties shall file a notice on or before **October 31, 2012** showing that mediation has occurred and the result of the mediation as required by the Local Rules of Civil Procedure.

Signed: October 22, 2012

_/s/ Dennis L. Howell_
Dennis L. Howell
United States Magistrate Judge